

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BOGOPA LIC, INC., BOGOPA SERVICE CORP., GOULD LONG ISLAND CITY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | STIPULATION OF DISCONTINUANCE WITH PREJUDICE<br><br><br>CASE NO.: 19-cv-4990-WFK-SMG |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, BOGOPA LIC, INC., BOGOPA SERVICE CORP. and GOULD LONG ISLAND CITY CORP., that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This Court will retain jurisdiction over any violations of the settlement agreement and the causes of action brought in the Plaintiff's complaint. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: December 11, 2019

*Michael Grinblat*

Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
SEMYON GRINBLAT


Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: December 11, 2019

Jonathan Bell, Esq.

Attorneys for the Defendants
BOGOPA LIC, INC., BOGOPA SERVICE CORP. and GOULD LONG ISLAND CITY CORP.
Bell Law Group, PLLC
100 Quentin Roosevelt Blvd., Suite 208
Garden City, NY 11530
Tel: (516) 280-3008
Fax: (516) 706-4692
Email: jb@belllg.com


SO ORDERED:

s/WFK

William F. Kuntz, II
U.S. District Court Judge

2